

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

_____

Nos. 07-20-00281-CV
07-20-00370-CV

_____

VICTOR ANTOLIK, APPELLANT

V.

DENNIS ANTOLIK, APPELLEE

On Appeal from the 261st District Court
Travis County, Texas
Trial Court No. D-1-GN-20-003056; Honorable Dustin M. Howell, Presiding

December 30, 2020

## ORDER OF SEVERANCE AND DISMISSAL

Before QUINN, C.J., and PIRTLE and DOSS, JJ.

Appellant, Victor Antolik, filed this appeal from the trial court's *Order Granting in Part and Denying in Part Defendant Dennis Antolik's Rule 91a Motion to Dismiss*.[1]  In 2020, Victor filed a petition for bill of review in the trial court seeking review of a May 2,

_____

[1] Originally appealed to the Third Court of Appeals, this appeal was transferred to this court by the Texas Supreme Court pursuant to its docket equalization efforts.  TEX. GOV'T CODE ANN. § 73.001 (West 2013).

2018 final judgment in favor of Appellee, Dennis Antolik.  Dennis subsequently moved to dismiss the action pursuant to Rule of Civil Procedure 91a.  The trial court granted Dennis's motion, in part, by dismissing Victor's claims but denied Dennis's request for costs and attorney's fees.  Victor filed this appeal from the dismissal of his action while Dennis filed a cross-appeal from the denial of his costs and attorney's fees.  Now pending before this court is Dennis's unopposed motion to voluntarily dismiss his cross-appeal.

We find the motion to dismiss complies with the requirements of Rule of Appellate Procedure 42.1(a)(1) and that granting the motion will not prevent any party from seeking relief to which it would otherwise be entitled.  Accordingly, we sever Dennis's cross-appeal into cause number 07-20-00370-CV, grant his motion to dismiss, and dismiss his appeal.  *See* TEX. R. APP. P. 42.1(b).  Because the motion does not address costs, all costs of the cross-appeal shall be taxed against Dennis.  *See id.* at 42.1(d).  No motion for rehearing will be entertained and our mandate will issue forthwith.

Victor's appeal shall continue to disposition under appellate cause number 07-20-00281-CV.

It is so ordered.

Per Curiam